FILED

07 OCT 18 PM 12:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR FIREARMS,<br><br>    Defendants. | Case No '07 CV 1970 WQH NLS<br><br>ORDER APPOINTING BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES AS SUBSTITUTE CUSTODIAN |

Upon a motion by Plaintiff, United States of America, and good cause appearing therefor:

IT IS HEREBY ORDERED that the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES is appointed substitute custodian of the defendant firearms that were seized in this case pursuant to the warrant of arrest *in rem* issued by this Court.

IT IS FURTHER ORDERED that the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES will maintain the defendant firearms in a facility which will ensure its continued preservation until this Court orders its disposal.

DATED: 10/16/07

UNITED STATES DISTRICT JUDGE

07cvxxxx